# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 9, 2009

138328

MIRANDA MOCK, by her Next Friend JODIE
MOCK, and JODIE MOCK, Individually,
         Plaintiffs-Appellants,

v

HACKLEY HOSPITAL,
         Defendant/Cross-Plaintiff/Third-
         Party Plaintiff-Appellee,

and

HARBORWOOD FAMILY MEDICINE,
         Defendant,

and

DAVID VANWINKLE, M.D.,
         Defendant/Cross-Defendant/Third-
         Party Defendant-Appellee.
_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138328
COA: 280269
Muskegon CC: 05-044020-NH

On order of the Court, the application for leave to appeal the November 20, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 9, 2009

         Clerk